# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Javier Alarcon Delgado
        Plaintiff,

v.                Case No.: 1:25−cv−13306
                Honorable Sara L. Ellis

Samuel Olson
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 3, 2025:

   MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 11/3/2025. Motion for extension of time to respond [7] is granted. Respondents to respond to petition for habeas corpus by 11/3/2025. In Court hearing set for 11/4/2025 at 12:00 PM. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.